## UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

Mohamedou Ould Salahi,

        Petitioner,

      v.

Barack Obama, President of
the United States of America, et al.

        Respondents.

Civil Action No. 05-CV-0569 (RCL)

# FILED

## JAN 3 0 2012

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

## [PROPOSED] ORDER AMENDING THE CASE SCHEDULE

Based on the proposals by both parties for amending the case schedule set forth in

Respondents' Status Report, filed on January 17, 2012, this Court orders that:

1.     Respondents shall certify their compliance with Section 1.D.1 of the Case

Management Order on or before March 2, 2012.

2.     Petitioner shall file his supplemental discovery requests on or before June 4,

2012.

**AND IT IS SO ORDERED.**

January 27, 2012

Royce C. Lamberth
United States District Judge